UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUVEEN SERVICES, LLC,

                Plaintiff,

-v.-

XAVIER FULLER,

                Defendant.

23 Civ. 09942 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      On November 13, 2023, the above-captioned action was assigned to this Court. On **November 22, 2023**, at **3:45 p.m.**, the parties shall appear for a telephone conference regarding Plaintiff's application for emergency relief. See ECF No. 6. Counsel should join the conference by dialing 646-453-4442 and entering access code 875 249 191 followed by the pound (#) key.

      By no later than **November 15, 2023**, at **12:00 p.m.**, Plaintiff shall serve on Defendant by email a copy of this Order, as well as the proposed Order to Show Cause and all supporting papers. By **November 16, 2023**, Plaintiff shall file proof of such service on the docket.[1] By **November 20, 2023**, Defendant shall file any opposition to Plaintiff's application. By **November 21, 2023,** at **4:00 p.m.**, Plaintiff shall file any reply.

      The parties shall meet and confer as soon as possible to negotiate interim relief that may obviate the need for the conference and for a Court order.

      SO ORDERED.

Dated: November 14, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge

---

[1] Email service is authorized only for this Order, the proposed Order to Show Cause, and the supporting papers. Plaintiff is required to serve the Summons and Complaint on Defendant in accordance with Federal Rule of Civil Procedure 4 or to seek appropriate relief.