UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUVEEN SERVICES, LLC,

                    Plaintiff,

            -v.-

XAVIER FULLER,

                    Defendant.

23 Civ. 09942 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Upon consideration of the parties' written submissions, and the arguments presented at the show cause hearing on December 4, 2023, the Court hereby DENIES Plaintiff's application for a preliminary injunction and expedited discovery.  On **December 7, 2023** at **12:15 p.m.**, the Court will hold a conference to address the bases for its ruling.  Counsel should join the conference by dialing 646-453-4442 and entering access code 303 321 763 followed by the pound (#) key.

    SO ORDERED.

Dated:  December 6, 2023
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge