UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NUVEEN SERVICES, LLC,

        Plaintiff,

-v-                                       No. 23-CV-09942-LTS-GS

XAVIER FULLER,

        Defendant.

-------------------------------------------------------x

XAVIER FULLER,

        Third-Party Plaintiff,

-v-

TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA,

        Third-Party Defendant.

-------------------------------------------------------x

<u>ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER ENTERING A STAY</u>

        Magistrate Judge Stein's September 5, 2024, Report and Recommendation ((the "Report"), docket entry no. 68) addresses two motions related to the Amended Third-Party Complaint (the "ATPC", (docket entry no. 49)) filed by Defendant and Third-Party Plaintiff Xavier Fuller ("Fuller") against Third-Party Defendant Teachers Insurance and Annuity Association of America ("TIAA"). In the ATPC, Fuller seeks indemnification and advancement of his attorneys' fees and costs in connection with the underlying action brought against him by Plaintiff Nuveen Services, LLC ("Nuveen"). Fuller moves to compel TIAA to advance his

attorneys' fees and costs during the pendency of this action.  (Docket entry no. 35.)  TIAA, in turn, moves to dismiss the ATPC under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  (Docket entry no. 53.)

The Report recommends denying Fuller's motion for advancement, (docket entry no. 35), and granting in part and denying in part TIAA's motion to dismiss, (docket entry no. 53).

On September 19, 2024, Fuller and TIAA submitted a letter to the Court stating that "neither party intends to file objections to Magistrate Stein's Report and Recommendation that TIAA's motion to dismiss Mr. Fuller's Amended Third-Party Complaint be granted in part and denied in part."  (Docket entry no. 72 at 1.)  Accordingly, the Court, finding no clear error in the well-reasoned Report, adopts the Report in full.  Fuller's motion for advancement (docket entry no. 35) is denied.  TIAA's motion to dismiss (docket entry no. 53) is granted in part and denied in part as set forth in the Report.

In their September 19, 2024, letter, Fuller and TIAA also stated that they "are in agreement that a stay of the indemnification proceedings filed by Mr. Fuller against TIAA is appropriate until the action filed by Nuveen has been concluded" and "request[ed] that the Court so order this agreed upon relief."  (Docket entry no. 72 at 1.)  Accordingly, the Court orders a stay of the indemnification proceeding filed by Defendant and Third-Party Plaintiff Fuller

against Third-Party Defendant TIAA until the action filed by Plaintiff Nuveen against Defendant and Third-Party Plaintiff Fuller has been concluded.

This order resolves docket entries 35, 53, and 68.

SO ORDERED.
Dated: New York, New York
September 19, 2024

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge